**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com



January 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Donald W. & Rosalie A. Crawford
    Bankruptcy Case No.  5-05-50012
    Unclaimed Funds For: Donald W. & Rosalie A. Crawford
                         1695 Ebbs Corner Rd.
                         New Milford PA 18834

Dear Clerk:

Enclosed herewith please find check No. 1006063 for $671.77 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

/s/ Carol A. Kreider

Carol A. Kreider
Funds Manager

